**PUCKETT, Plaintiff-Appellee v. ARMBRUST, Defendant-Appellant.**

Ohio Appeals, Second District, Greene County.

No. 551. Decided February 11, 1955.

Pickrel, Schaeffer & Ebeling, William H. Selva, Dayton, for plaintiff-appellee.

Smith, McCallister & Gibney, Xenia, and Harshman, Young, Colvin & Alexander, Dayton, for defendant-appellant.

## OPINION

By THE COURT:

Submitted on motion of appellee to dismiss the appeal for the reason that the order granting a new trial is not a final order.

There is but one assignment of error, namely, that the trial judge in granting the motion for a new trial abused his discretion.

This raises the one determinative question as to the finality of the order.

"The ruling of the trial court granting a motion for a new trial is a final order from which error may be prosecuted to the Court of Ap-

232

peals where the granting of such motion constituted an abuse of the trial court's discretion."

**Webster v. Pullman Co., 51 Oh Ap 131.**
See, also, **Hoffman v. Knollman, 135 Oh St 170.**
The motion will be overruled.

MILLER, PJ, HORNBECK and WISEMAN, JJ, concur.